IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 7:12CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file plaintiff's initial brief (Filing No. 13). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted; plaintiff shall have until March 18, 2013, to file his brief.

2) Defendant shall have until April 29, 2013, to file a response.

3) If plaintiff wishes to file a reply brief, he shall do so on or before May 10, 2013.

DATED this 15th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court