IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 7:12CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's second motion for extension of time to file plaintiff's initial brief (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted; plaintiff shall have until April 1, 2013, to file his brief.

2) Defendant shall have until May 29, 2013, to file a response.

3) If plaintiff wishes to file a reply brief, he shall do so on or before June 10, 2013.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court