IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN M. MARTINEZ,              )
                               )
           Plaintiff,          )      7:12CV5009
                               )
      v.                       )
                               )
CAROLYN W. COLVIN, Acting      )      ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until June 28, 2013, to file his brief.

2) Plaintiff shall have until July 19, 2013, to file a reply brief if he wishes to do so.

DATED this 29th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court