IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 7:12CV5009 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 21). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until July 29, 2013, to file his brief.

2) Plaintiff shall have until August 19, 2013, to file a reply brief if he wishes to do so.

DATED this 28th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court